===========================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

NORTHERN     DISTRICT OF     NEW YORK

JUDGMENT IN A CIVIL CASE

DOCKET NO.  1:04-CV-1205 (LEK/DRH)

WILLIAM M. HOBLOCK, candidate for
Albany County Legislator for the 26th District;
LEE R. CARMAN, candidate for Albany
County Legislator for the 29th District,

**Plaintiffs-Intervenors,**

And

PHILIP and PATRICIA SGARLATA;
JOHN and CAROL STEWART; JOHN
and MARY MAYBEE; ELLEN
GRAZIANO; and other voters similarly
situated,

**Plaintiffs,**

-against-

THE ALBANY COUNTY BOARD OF
ELECTIONS; RICHARD A. GROSS,
candidate for Albany County Legislator for
the 26th District; and GENE MESSERCOLA,
candidate for Albany County Legislator for
the 29th District,

**Defendants,**

_____   JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and
the jury has rendered its verdict.

__XX___   DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried
and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in the above entitled action, the case is DISMISSED and judgment is entered in favor of
the plaintiffs as against the defendants; It is further ORDERED, that Defendants Gross and Messercola are DISMISSED from this
action; it is further ORDERED that judgment in the amount of $1.00,  be entered against the Defendants; all in accordance with
the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, United States District Judge, dated May 24,
2006.

DATE:   **May 24, 2006**                                        _LAWRENCE K. BAERMAN_
                                                                                          CLERK OF THE COURT

Scott A. Snyder
**Courtroom Deputy to the
Honorable Lawrence E. Kahn**